1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:13-MC-00083-JAM-DAD

12                 Plaintiff,              STIPULATION AND ORDER EXTENDING
                                           TIME FOR FILING A COMPLAINT FOR
13         v.                              FORFEITURE AND/OR TO OBTAIN  AN
                                           INDICTMENT ALLEGING FORFEITURE
14  APPROXIMATELY $97,980.00 IN U.S.
    CURRENCY,
15
                   Defendant.
16

17

18         It is hereby stipulated by and between the United States of America and claimant Joshua

19  Bowen Furlong ("claimant"), by and through their respective counsel, as follows:

20         1.      On or about May 20, 2013, claimant Joshua Bowen Furlong filed a claim in the

21  administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with

22  respect to the Approximately $97,980.00 in U.S. Currency (hereafter "defendant currency"), which

23  was seized on January 10, 2013.

24         2.      The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. §

25  983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to

26  the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant

27  has filed a claim to the defendant currency as required by law in the administrative forfeiture

28

                                        1

proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was August 16, 2013.

4.      By Stipulation and Order filed August 9, 2013, the parties stipulated to extend to October 15, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 14, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an

///
///
///
///
///
///
///
///
///
///
///
///

2

Stipulation and Order to Extend Time

indictment alleging that the defendant currency is subject to forfeiture shall be extended to

November 14, 2013.

Dated: 10/10/13                                  BENJAMIN B. WAGNER
                                                 United States Attorney


                                             By: /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney


Dated: 10/10/13                                  /s/ John Balazs
                                                 JOHN BALAZS
                                                 Attorney for claimant Joshua Bowen Furlong

                                                 (Authorized by email)



        **IT IS SO ORDERED.**
Dated:   10/10/2013
                                                 /s/ John A. Mendez
                                                 JOHN A. MENDEZ
                                                 United States District Court Judge

                                                 Stipulation and Order to Extend Time