BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $97,980.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:13-MC-00083-JAM-DAD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and claimant Joshua Bowen Furlong ("claimant"), by and through their respective counsel, as follows:

　　　　1.　　On or about May 20, 2013, claimant Joshua Bowen Furlong filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the Approximately $97,980.00 in U.S. Currency (hereafter "defendant currency"), which was seized on January 10, 2013.

　　　　2.　　The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture

proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was August 16, 2013.

4. By Stipulation and Order filed August 9, 2013, the parties stipulated to extend to October 15, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed October 11, 2013, the parties stipulated to extend to November 14, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 13, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an

///
///
///
///
///
///
///
///

2

Stipulation and Order to Extend Time

indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 13, 2013.

Dated: 11/13/13     BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/13/13     /s/ John Balazs
JOHN BALAZS
Attorney for claimant Joshua Bowen Furlong

(Authorized by phone)

**IT IS SO ORDERED.**

Dated:   11/13/2013     /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge